ACCEPTED
03-14-00655-CR
5200327
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 4:26:09 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00655-CR

| | | |
|---|---|---|
| **NATHANIEL J. FRAZIER, JR.** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **THIRD JUDICIAL DISTRICT** |
| | § | |
| **STATE OF TEXAS** | § | **SITTING AT AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 4:26:09 PM
JEFFREY D. KYLE
Clerk

## MOTION TO WITHDRAW AS COURT APPOINTED COUNSEL

## FOR APPELLANT NATHANIEL J. FRAZIER, JR.

To The Honorable Justices of the Third Court of Appeals, Now Comes Justin S. Mock, in the above styled and numbered cause, and moves this Court to grant her Motion To Withdraw As Court Appointed Counsel For Nathaniel J. Frazier, Jr., and for good cause shows the following:

### I.

In the 391ST Judicial District Court of Tom Green County, Texas, in a case styled, *The State of Texas vs. Nathaniel J. Frazier, Jr.; Cause Number D-13-0958-SA,* Nathaniel J. Frazier, Jr. was charged by Indictment with the felony offense of Assault of Family/Household Member by Impeding Breath or Circulation.

A jury trial took place on July 14, 2014. Frazier entered a plea of "not guilty" to charged offense and "not true" to the enhancement paragraph. At the conclusion of trial, the jury found Nathaniel J. Frazier, Jr. guilty as charged by paragraph one of the Indictment. The trial judge heard punishment phase of the trial. He found the

enhancement paragraph to be true, and assessed punishment by sentencing Nathaniel J. Frazier, Jr. to serve a term of eighteen years in the Institutional Division of the Texas Department of Criminal Justice. The appeal of the judgment of the trial court is currently pending before this Court.

## II.

The United States Supreme Court does not obligate counsel representing a client on appeal to argue in support of grounds for reversal of the lower court's judgment when after a "conscientious examination" of the case, counsel determines appeal to be "wholly frivolous." *Anders v. State of California, 386 U.S. 738, 744 (1967).* In such situations, the United States Supreme Court has outlined appropriate procedural steps to be taken by appellate counsel: 1) counsel is required to submit a brief examining the record for any point arguably in support of proper grounds for reversal on appeal; 2) counsel must furnish this brief to an indigent client enabling the client the right to file a pro-se brief based on points of appeal this individual maintains present proper grounds for appeal; and 3) counsel may request the appellate court grant counsel's request to withdraw from the obligation of providing further legal representation to the client on appeal. *Id.*

## III.

Counsel for Nathaniel J. Frazier, Jr. prepared and filed an "Anders Brief" on behalf of Appellant. After a "conscientious examination" of the case, including a diligent review of the Record and applicable authorities, Counsel found an absence of meritorious grounds for appeal and has determined the basis of any appeal in this case would be frivolous in nature. Therefore Justin S. Mock, Counsel for Appellant, respectfully request this Court acknowledge and approve his request to withdraw from his court appointed duty of providing further legal representation to Appellant Nathaniel J. Frazier, Jr. on original appeal.

**WHEREFORE, PREMISES CONSIDERED**, Counsel for Appellant pray this Court grant this Motion To Withdraw As Court Appointed Counsel For Nathaniel J. Frazier, Jr..

Respectfully submitted,

Ellis & Mock, PLLC
125 South Irving Street
San Angelo, Texas 76903
Tel: (325) 486-9800
Fax: (325) 482-0565

By: /s/ Justin S. Mock
    JUSTIN S. MOCK
    State Bar No. 24064155
    Justin@ellisandmock.com
    Attorney for NATHANIEL J. FRAZIER, JR.

3

## CERTIFICATE OF CONFERENCE

This is to certify that on May 7, 2015, I conferred with Mr. Jason Ferguson, Assistant District Attorney, District Attorney's Office, Tom Green County, and he was not opposed to this request.

/s/ Justin S. Mock
Justin S. Mock

## CERTIFICATE OF SERVICE

This is to certify that on May 7, 2015, a true and correct copy of the above and foregoing Motion to Withdraw as Court Appointed Counsel for Nathaniel J. Frazier, Jr. was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on each party and/or counsel as listed below:

The State of Texas                         By Personal Delivery
Mr. Jason Ferguson
Tom Green County District Attorney
124 West Beauregard Avenue
San Angelo, Texas 76903
Appellee


Mr. Nathaniel J. Frazier, Jr.              By Certified Mail
TDCJ No. 01942796
John B. Connally Unit
899 FM 632
Kenedy, TX 78119
Appellant


/s/ Justin S. Mock
JUSTIN S. MOCK, Attorney for Appellant

ACCEPTED
03-14-00655-CR
5200327
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 4:26:09 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00655-CR

| | | |
|---|---|---|
| **NATHANIEL J. FRAZIER, JR.** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **THIRD JUDICIAL DISTRICT** |
| | § | |
| **STATE OF TEXAS** | § | **SITTING AT AUSTIN, TEXAS** |

## CERTIFICATE OF COUNSEL

In compliance with the requirements of *Anders v. California,* 386 U.S. 378 (1967), I, Justin S. Mock, court-appointed counsel for appellant, NATHANIEL J. FRAZIER, JR., in the above-referenced appeal, do hereby verify, in writing, to the Court that I have:

1. notified appellant that I filed a motion to withdraw as counsel with an accompanying *Anders* brief, and provided a copy of each to appellant;

2. informed appellant of his right to file a pro se response identifying what he believes to be meritorious grounds to be raised in his appeal, should he so desire;

3. advised appellant of his right to review the appellate record, should he wish to do so, preparatory to filing that response;

4. explained the process for obtaining the appellate record, provided a *Motion for Pro Se Access to the Appellate Record* lacking only appellant's signature and the date, and provided the mailing address for this Court; and

5. informed appellant of his right to seek discretionary review pro se should this Court declare his appeal frivolous.

Respectfully submitted,

Ellis & Mock, PLLC
125 South Irving Street
San Angelo, Texas 76903
Tel: (325) 486-9800
Fax: (325) 482-0565


By: /s/ Justin S. Mock
    Justin S. Mock
    State Bar No. 24064155
    Attorney for NATHANIEL J. FRAZIER,
    JR.